IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIANNA MARIE PANTALION,<br><br>Defendant. | CR 18-123-BLG-SPW<br><br>**ORDER VACATING**<br>**DETENTION HEARING** |

Defendant has filed Unopposed Motion to Vacate Detention Hearing. (Doc. 17.) Accordingly, IT IS ORDERED that the Detention Hearing presently scheduled for Tuesday, November 13, 2018, at 2:30 p.m. is VACATED.

DATED this 8th day of November, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge